IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | Cause No. CR 16-71-GF-BMM |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| KENNETH JAMES HATZENBELLER, | |
| Defendant. | |

Defendant, Kenneth James Hatzenbeller, has filed an Unopposed Motion to submit letters in excess of those permitted by this Court's Scheduling Order. The Government does not object. Additionally, Hatzenbeller asserts the letters are not excessive and are relevant to the factors to be considered by this Court pursuant to *18 U.S.C. § 3553(a)*.

IT IS HEREBY ORDERED that Hatzenbeller shall be allowed to submit a total of 16 letters for his sentencing.

Dated this 1st day of June, 2017.

Brian Morris
United States District Court Judge